ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

JAMES E. MCMILLAN III

          Plaintiff,

  -against-

 New York State Board of Elections

    and

New York City Board of Elections

        Defendant.

-------------------------------------------------X

**AMENDED
COMPLAINT**

RECEIVED
JUL 1 - 2010
PRO SE OFFICE

1. At all times hereinafter mentioned, plaintiff was and still is a resident of <u>1996 Nostrand Ave –
Brooklyn, NY 11210.</u>

2. **Defendant**, <u>New York State Board of Elections</u>, is a corporation incorporation under the laws of
New York State and having a main office at **40 Steuben Street, Albany, NY. 12207**, and is licensed
to do business in New York State

              **and**

**Defendant**, <u>New York City Board of Elections</u>, is corporation incorporation under the laws of   New
York State and having a main office at **32 Broadway, New York, NY. 10004-1609**, and is
    licensed to do business in New York State

3. The jurisdiction of this court is invoked pursuant to **(42 U.S.C. 1983) Deprivation of Rights**

4. (**New York State Board of Elections**) At Oral Argument on June 16, 2010 the defendant(s)
admitted to deliberately allowing selective political parties to appear on the ballot with more than (15)
fifteen characters in clear violation of New York State Elections Law (7-104(2). At the same time they
took "DAMN" out the "Rent is too damn high" party name and that is a Deprivation of Rights. I was
"**Deprived**" from having, and "**Discriminated**" against.

And

(The City of New York Board of Election) setting the trap to make sure the word "DAMN" would not appear on any ballot in the State of New York because the word "DAMN" is offensive as a curse word.

## (EXHIBITS)

**(Exhibit-1)**

Shows a notarize letter from me the Plaintiff, requesting (Rent Is Too Damn High) be edited to (Rent Is 2 Damn High) as the same agreed upon at oral argument on June 16, 2010.

**(Exhibit-2)**

Shows the entrapment scheme by the New York City Board of Elections shows (3) three letter sent to me dated August 21, 2009

**(Exhibit-3)**

continues confusion by NYC Board of Elections aim to confuse voters the (exhibit) shows the NYC Board of Election web site edit the name Rent Is Too Damn High to Rent Is Too High and did not edit the others.

**(Exhibit-4)**

shows the NYS Board of Elections edit "Rent is too damn high" and allowed the others to violate New York State Elec. Law (7-104(2) 15 Character Limitations

**(Exhibit-5)**

Shows the defendant NYS Board of Elections admitted, by saying YES to United States District Judge, JOHN GLEESON at oral argument on June 16, 2010 when asked if any other political parties name exceed the legal limit New York State Elec. Law (7-104(2) 15 Character Limitations

**(Exhibit-6)**

another example of the defendant(s) went after the word "DAMN" to remove it endorsing there of there religious beliefs.

**(Exhibit-7)**

the defendant says the name "Rent Is Too Damn High" was too long they edited it so it could fit. This is the same lever voting machine used in the 2005 General Election where the name "Rent is too damn high" fitted in its entirely.

**(Exhibit-8)**

another example of the name "Rent is too damn high" fitted in the Lever Voting Machine used then and now.

**(Exhibit-9)**

the New York State Board of Elections stated that I the Plaintiff, never offered an alternative suggestion and that is an omission of Perjury. The New York State Board of Elections violated 6-138(3)(a) of the law.. This exhibit shows this is all I received from them. I learned they had edited the name "Rent is too damn high" to "Rent is too high" when I went to vote on Election Day

**(Exhibit-10)**

Certificated of Acceptance shows the people signed the petitions and wanted the Rent is too damn high party to represent there fight, and as can be seen on (Exhibit-1) we offered to reduce it and were denied by the NYC Board of Elections. NYS Board never gave us a chance.


All the evidence is against the defendant(s) not only did the get caught committing perjury they are and still is continuing perjuring to the Court. There can be know other reason after admitting they allowed other political parties to violate New York State Elec. Law (7-104(2) 15 Character Limitations what else can it be. They are guilty of endorsing there Religious Beliefs and that the word "DAMN" is a curse word.


5. WHEREFORE, plaintiff demands;

Money damages in the amount of $350, 000. 000 (Three Hundred and Fifty Million Dollars)

Preliminary Injunction against the defendant from performing cetin acts in the future.

a. Allow **"Rent Is 2 Damn High"** a lifetime appearance on and in all State wide ballots and in all voting machines.

b. In the Order to Show Cause I ask the court to Order the defendant(s) to Pay for Legal Fees. I am looking for the court to Grant that request.

(4)

Any further relief which the court may deem appropriate

Respectfully submitted,

JAMES E. McMILLAN III (PLAINTIFF, PRO SE)
1996 Nostrand Ave
Brooklyn, NY 11210
Tel: (347) 715-3360
E-mail: rentisto@aol.com

DATE: July 1, 2010

ANDREW M. CUOMO
Attorney General of the State of new York
120 Broadway
New York, NY 10271
BY:   Joel Garber
Attorney for Defendant the New York State Board of Elections

MICHAEL CARDOZO
Corporation Counsel for the City of New York
100 church Street
New York, NY 10007
By:   Stephen Kitzinger
Attorney for Defendant the New York City board of Elections



# RENT
## Is Too Damn High

<u>1996 Nostrand Ave-Brooklyn, NY 11210-Tel: (347) 715-3360-E-mail: rentisto@aol.com</u>

Jimmy McMillan,
Founder, Chairman, CEO

Orlando Aupont
President

✗  After making the ballot in 2005 we didn't think there would be a problem with party name since the same voting machines are being used. Taking the word "DAMN" out of our party name would only confuse our supporters.  Even though we disagree with the board but in good faith we made a decision that meets the boards requirements of (15) fifteen letters. The Rent Is Too Damn High committee had a meeting on October 2, 2009 on the changing of our Party name on all circulating petitions in the future it will be as followed:

### (NEW EMBLEM)
## Rent Is 2 Damn High

--------------------------------------------------------------------------------

### (Old Name)
## Rent Is Too Damn High
### (17) Letters

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| R | E | N | T | I | S | T | O | O | D | A | M | N | H | I | G | H |

### (New Name)
## Rent Is 2 Damn High
### (15 Letters

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
| R | E | N | T | I | S | 2 | D | A | M | N | H | I | G | H |

We hope the board agree to these changes and allow "Rent Is 2 Damn High" to appear on the ballot.

(2)

Dated: October 5, 2009

Respectfully,

Jimmy McMillan

**XAVIER LA BOY**
**Notary Public - New York**
Qualified in Kings County
01LA6175954
My Commission Expires 10/22/20 II

Xavier La Boy  10/5/09

## CERTIFICATE
(Pursuant to Section 6-138(3)(b) of Election Law)
(selecting a different name/emblem for an independent body)

I, _____ Jimmy ? McMillan _____

residing at _____ 1996 Nostrand Ave _____

having been nominated by the _____ Rent is Too damn high _____

Party, an independent body, as a candidate for the Office of _____ MAYOR _____

at the _____ GENERAL _____ Election to be held on _____ November 3rd/2009 _____

200___, and the Board of Elections in the City of New York, having made as determination, pursuant to

Election Law Section 6-138(3)(a), that the use of the name and/or emblem of the **RENT** **Is 2 Damn High** Party

creates the possibility of confusion with the name/emblem of an existing party or an independent body

previously filed independent nominating petition for the same office; and notice of such determination

having been mailed to me by said Board on _____ 200___; I hereby

select the name/emblem **Rent Is 2 Damn High** Party as a different name/emblem,

pursuant to Section 6-138(3)(b) of the Election Law.

_____ 10 - 5 -09 _____
DATE

_____ [signature] _____
Signature of Candidate

STATE OF NEW YORK )
                                          ss:
COUNTY OF _____ KINGS _____ )

On this 05 day of October , 200 9 , before me personally appeared

Jimmy McMillan , to me known and known to me to be the individual described therein, and who

executed the foregoing instrument, and he acknowledge to me that he executed the same

_____ Xavier La Boy _____
Notary Public

**XAVIER LA BOY**
**Notary Public - New York**
Qualified in Kings County
01LA6175954
My Commission Expires 10/22/201\

Z+-2




FREDERIC M. ÚMANE
PRESIDENT

JULIE DENT
SECRETARY

JOSE MIGUEL ARAUJO
JUAN CARLOS "J.C." POLANCO
JAMES J. SAMPEL
NANCY MOTTOLA–SCHACHER
NAOMI C. SILIE
J.P. SIPP
GREGORY C. SOUMAS
JUDITH D. STUPP
COMMISSIONERS

MARCUS CEDERQVIST
EXECUTIVE DIRECTOR

GEORGE GONZALEZ
DEPUTY EXECUTIVE DIRECTOR

PAMELA GREEN PERKINS
ADMINISTRATIVE MANAGER

STEVEN H. RICHMAN
GENERAL COUNSEL
Tel: (212) 487-5338
Fax: (212) 487-5342
E-Mail:
srichman@boe.nyc.ny.us

**BOARD OF ELECTIONS**
IN
THE CITY OF NEW YORK
EXECUTIVE OFFICE, 32 BROADWAY
NEW YORK, NY 10004–1609
(212) 487–5300
www.vote.nyc.ny.us

<u>Via Express Mail</u>

Date:  August 21, 2009

TO:  Jimmy McMillan
       1996 Nostrand Avenue
       Brooklyn, NY 11210

Dear Mr. McMillan:

On August 18, 2009 an independent nominating petition nominating you as the candidate for Mayor for the "Rent is Too Damn High Party" was filed with the Board of Elections in the City of New York.  .

Pursuant to the provisions of Section 6-138(3) (a) of the New York State Election Law which provides:

> "The name selected for the independent body making the nomination shall be in English characters and shall not include the name or part of the name or an abbreviation of the name or part of the name, or shall the emblem or name be of such a configuration as to create the possibility of confusion with the emblem or name of a then existing party or the emblem or name of an independent body selected by a previously file independent nominating petition for the same office."

and

Section 7-104(2) of the Election Law, which provides:

> "The names of parties or independent bodies which
> contain more than fifteen letters may, whenever
> limitations of space so require, be printed on the ballot
> in an abbreviated form."

a Commissioners' Committee of the Board of Elections in the City of New York, at its meeting held today, has determined that the name which appears on the independent nominating petition filed on your behalf does not comply with the foregoing requirements.  In addition, the symbol or emblem selected is the name of the independent body that exceeds the aforementioned statutory requirements.

Therefore, pursuant to Sections 6-138(3)(b) and 7-104(2) of the New York State Election Law, the Board of Elections in the City of New York hereby sends this notice to select  a name and emblem for your independent political body which complies with the foregoing requirements.

In accordance with those statutory provisions, you may file with the Board of Elections in the City of New York (at its General Offices located in the Borough of Manhattan at 32 Broadway, 7th Floor, New York, NY 10004) **within seven days after the date of this notice**,  a certificate selecting a abbreviated form of the name of the independent body and an emblem reflecting the name selected.  A sample certificate form is also enclosed herewith.

Please note that if you do not file such a certificate with the Board of Elections in the City of New York, then that Board, pursuant to the provisions of Sections 6-138(3) (f) and 7-104(2) shall select a name and emblem.

Thank you for your cooperation and understanding in this matter.


Very truly yours,


The Commissioners of Elections in the City of New York


Rev. 8/21/09



**FREDERIC M. UMANE**
PRESIDENT

**JULIE DENT**
SECRETARY

**JOSE MIGUEL ARAUJO
JUAN CARLOS "J.C." POLANCO
JAMES J. SAMPEL
NANCY MOTTOLA-SCHACHER
NAOMI C. SILIE
J.P. SIPP
GREGORY C. SOUMAS
JUDITH D. STUPP**
COMMISSIONERS

## BOARD OF ELECTIONS
IN
THE CITY OF NEW YORK
EXECUTIVE OFFICE, 32 BROADWAY
NEW YORK, NY 10004-1609
(212) 487-5300
www.vote.nyc.ny.us

**MARCUS CEDERQVIST**
EXECUTIVE DIRECTOR

**GEORGE GONZALEZ**
DEPUTY EXECUTIVE DIRECTOR

**PAMELA GREEN PERKINS**
ADMINISTRATIVE MANAGER

**STEVEN H. RICHMAN**
GENERAL COUNSEL
Tel: (212) 487-5338
Fax: (212) 487-5342
E-Mail:
srichman@boe.nyc.ny.us

August 21, 2009

Jimmy McMillan
(Candidate/Contact Person)

Candidate's Name: Jimmy McMillan

Independent Body: The Rent is Too Damn High

Office: Mayor of the City of New York

District: ___Citywide_____

Dear Sir:

Please be advised that your petition volume(s) NY-09-00923

fails to comply with the New York State Board of Elections Regulations, 9 NYCRR Section 6215.1 (a), which states: "**The sheets of a petition shall be numbered sequentially at the foot of each sheet**".

You may attempt to cure this defect by filing a copy of the petition volume(s) listed above, which is in compliance with Section 6215.1(a) of the NYS Board of Elections Regulations within three business days of the date of this letter. ***Such filing can only be done in person*** at the Executive Office, 32 Broadway, 7th Floor, Borough of Manhattan, New York.

The Board of Elections has not determined if such a cure will be sufficient to comply with the above-stated requirements.

Very truly yours,

THE COMMISSIONERS OF ELECTIONS
IN THE CITY OF NEW YORK

Rev. 8/20/09 SHR

# CERTIFICATE
## (Pursuant to Section 6-138(3)(b) of the Election Law)
### (selecting a different name/emblem for an independent body)

I, _____ Jimmy McMillan _____

residing at _____ 1996 Nostrand Ave _____

having been nominated by the _____ Rent is too damn high _____

Party, an independent body, as a candidate for the Office of _____ Mayor _____

at the _____ Nov 3, 2009 General pm _____ Election to be held on _____ Nov 3 2009 _____

200 ___ ; and the Board of Elections in the City of New York, having made a determination,

pursuant to Election Law Section 6-138(3)(a), that the use of the name and/or emblem of the ___

✓ **RENT Is Too Damn High** the _____ RENT is too damn high party _____

_____ Party creates the possibility of confusion with the name/emblem of an existing party or an

independent body that previously filed independent nominating petition for the same office; and

notice of such determination having been mailed to me by said Board on _____ 08/21/09 _____

200 9 ; I hereby select the name/emblem _____ Rent is too damn high _____

Party as a different name/emblem, pursuant to Section 6-138(3)(b) of the Election Law.

_____ 8-24-09 _____
Date

_____ [signature] _____
Signature of Candidate
James McMillan

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF _____ New York )

On this _____ 24 _____ day of _____ August _____, 200 9 , before me personally appeared _____

_____ , to me known  and known to me to be the individual described therein, and who

executed the foregoing instrument, and he acknowledge to me that he executed the same.

_____ [signature] _____
Notary Public

**Ali Yildirim**
**Notary Public, State of New York**
**Reg. # 01YI6196600**
**My Comm. Exp. 11/17/2012**

2009 AUG 24  AM11: 17
RECEIVED
IN THE CITY OF NEW YORK
B.O. BOARD OF ELECTIONS



FREDERIC M. UMANE
PRESIDENT

JULIE DENT
SECRETARY

JOSE MIGUEL ARAUJO
JUAN CARLOS "J.C." POLANCO
JAMES J. SAMPEL
NANCY MOTTOLA–SCHACHER
NAOMI C. SILIE
J.P. SIPP
GREGORY C. SOUMAS
JUDITH D. STUPP
COMMISSIONERS

MARCUS CEDERQVIST
EXECUTIVE DIRECTOR

GEORGE GONZALEZ
DEPUTY EXECUTIVE DIRECTOR

PAMELA GREEN PERKINS
ADMINISTRATIVE MANAGER

STEVEN H. RICHMAN
GENERAL COUNSEL
Tel: (212) 487-5338
Fax: (212) 487-5342
E-Mail:
srichman@boe.nyc.ny.us

# BOARD OF ELECTIONS
IN
THE CITY OF NEW YORK
EXECUTIVE OFFICE, 32 BROADWAY
NEW YORK, NY 10004–1609
(212) 487–5300
www.vote.nyc.ny.us

August 21, 2009

Abbi Rogers-Haff
(Candidate/Contact Person)

Candidate's Name: Abbi Rogers-Haff

Independent Body: The Rent is Too Damn High

Office: Member of City Council

District: 9th

Dear Madam:

Please be advised that your petition volume(s) NY-09-00923

fails to comply with the New York State Board of Elections Regulations, 9 NYCRR Section 6215.1 (a), which states: "**The sheets of a petition shall be numbered sequentially at the foot of <u>each</u> <u>sheet</u>**".

You may attempt to cure this defect by filing a copy of the petition volume(s) listed above, which is in compliance with Section 6215.1(a) of the NYS Board of Elections Regulations within three business days of the date of this letter. ***<u>Such filing can only be done in person</u>*** at the Executive Office, 32 Broadway, 7th Floor, Borough of Manhattan, New York.

The Board of Elections has not determined if such a cure will be sufficient to comply with the above-stated requirements.

Very truly yours,

THE COMMISSIONERS OF ELECTIONS
IN THE CITY OF NEW YORK

Rev. 8/20/09 SHR

BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
PRINTED AS OF:
9/25/2009 2:20:48PM

## CANDIDACY LIST CITYWIDE
### General Election 2009 - 11/03/2009
### Public Offices

TENTATIVE
SUBJECT TO CHANGE

EX-3

## Mayor (Citywide)

| Name | Candidate ID | Address | Party Winning Petition |
|------|-------------|---------|------------------------|
| William C Thompson Jr. | 123716 | 106 West 121 Street New York, NY 10027 | Democratic Party |
| Michael R Bloomberg | 28007 | 17 East 79 Street New York, NY 10075 | Republican Party |
| Michael R Bloomberg | 28007 | 17 East 79 Street New York, NY 10075 | Independence Party |
| Stephen Christopher | 163238 | 310 16 Street Brooklyn, NY 11215 | Conservative Party |
| William C Thompson Jr. | 123716 | 106 West 121 Street New York, NY 10027 | Working Families Party |
| Michael R Bloomberg | 28007 | 17 East 79 Street New York, NY 10075 | Jobs and Education Party |
| Francisca Villar | 174657 | 2363 Valentine Avenue 18 Bronx, NY 10458 | for Socialism and Liberation Party |
| Dan Fein | 174658 | 52-54 St. Nicholas Pl. 33 New York, NY 10031 | Socialist Workers Party |
| Billy Talen | 174664 | 65 East 3 Street Brooklyn, NY 11218 | Green Party |
| Joseph Dobrian | 47053 | 215 East 26 Street New York, NY 10010 | Libertarian Party |
| Jimmy McMillan | 148399 | 1996 Nostrand Ave Brooklyn, NY 11210 | Rent Is Too High Party |

BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
PRINTED AS OF:
5/6/2009 5:08:06PM

**STATEMENT AND RETURN REPORT BY Senatorial District**
General Election 2006 - 11/07/2006
**Kings County**
**All Parties and Independent Bodies**
FOR GOVERNOR/LIEUTENANT GOVERNOR (NYC) NO. OF CANDIDATES TO BE ELECTED 1

| Senatorial District 17 | |
|---|---|
| Public Counter | 35,148 |
| Emergency | 415 |
| Absentee/Military | 404 |
| Affidavit | 1,149 |
| **TOTAL BALLOTS** | **37,203** |
| John J Faso / C Scott Vanderhoef (Republican) | 1,988 |
| Eliot Spitzer / David A Paterson (Democratic) | 26,017 |
| Eliot Spitzer / David A Paterson (Independence) | 944 |
| John J Faso / C Scott Vanderhoef (Conservative) | 328 |
| Eliot Spitzer / David A Paterson (Working Families) | 2,100 |
| Malachy McCourt / Alison Duncan (Green) | 581 |
| John Clifton / Donald Silberger (Libertarian) | 133 |
| Jimmy McMillan (Rent Is Too High) | 200 |
| Maura DeLuca / Ben O'Shaughnessy (Socialist Workers) | 69 |
| JOHN FASO (Write-In) | 1 |
| MATTHEW J. SANABRIA (Write-In) | 1 |
| RABBI YEHRDA LEVIN (Write-In) | 1 |
| **TOTAL VOTES** | **32,363** |
| UNRECORDED | 4,840 |

| Senatorial District 18 | |
|---|---|
| Public Counter | 53,350 |
| Emergency | 287 |
| Absentee/Military | 857 |
| Affidavit | 1,586 |
| **TOTAL BALLOTS** | **56,247** |
| John J Faso / C Scott Vanderhoef (Republican) | 1,496 |
| Eliot Spitzer / David A Paterson (Democratic) | 39,365 |
| Eliot Spitzer / David A Paterson (Independence) | 1,672 |
| John J Faso / C Scott Vanderhoef (Conservative) | 354 |
| Eliot Spitzer / David A Paterson (Working Families) | 7,004 |
| Malachy McCourt / Alison Duncan (Green) | 1,069 |
| John Clifton / Donald Silberger (Libertarian) | 114 |
| Jimmy McMillan (Rent Is Too High) | 379 |
| Maura DeLuca / Ben O'Shaughnessy (Socialist Workers) | 77 |
| AL SHARPTON (Write-In) | 1 |
| ALTON MADDOX (Write-In) | 2 |
| BENJAMIN A MARSHALL (Write-In) | 2 |
| CHARLES BARLEY (Write-In) | 1 |
| CHARLES BARRON (Write-In) | 13 |
| KEVIN CUMMINS (Write-In) | 1 |
| MCCOURT (Write-In) | 1 |
| MCLACAY (Write-In) | 1 |
| NOAM CHOMSKY (Write-In) | 1 |
| TOM SUOZZI (Write-In) | 1 |
| **TOTAL VOTES** | **51,554** |
| UNRECORDED | 4,693 |

NYS Board of Elections Governor Election Returns Nov. 7, 2006

| RECAP | 1,274,335 | 3,086,709 | | | | 42,166 | 14,736 | 13,355 | 5,919 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **County** | **Republican** | **Democratic** | **Independence** | **Conservative** | **Working Families** | **Green** | **Libertarian** | **Rent is Too High** | **Socialist Workers** | | |
| | Faso Vanderhoef | Spitzer Paterson | Spitzer Paterson | Faso Vanderhoef | Spitzer Paterson | McCourt Duncan | Clifton Silberger | McMillan N/A | DeLuca O'Shaughnessy | Blk Vent Scattering | Total |
| Albany | 23,153 | 71,206 | 5,819 | 3,895 | 3,391 | 1,194 | 347 | 179 | 134 | 2,597 | 111,509 |
| Allegany | 5,846 | 5,783 | 535 | 729 | 250 | 132 | 54 | 50 | 30 | 903 | 14,312 |
| Broome | 19,221 | 36,414 | 2,559 | 1,723 | 1,710 | 613 | 224 | 136 | 86 | 2,302 | 64,988 |
| Cattaraugus | 9,311 | 9,657 | 876 | 1,492 | 448 | 194 | 88 | 84 | 52 | 1,081 | 23,283 |
| Cayuga | 7,670 | 15,338 | 1,318 | 1,230 | 793 | 224 | 89 | 45 | 71 | 1,930 | 28,708 |
| Chautauqua | 14,208 | 17,293 | 1,824 | 2,402 | 573 | 243 | 140 | 119 | 76 | 1,567 | 38,445 |
| Chemung | 8,997 | 14,820 | 1,039 | 504 | 482 | 149 | 80 | 87 | 54 | 1,502 | 27,714 |
| Chenango | 5,619 | 7,504 | 635 | 409 | 382 | 204 | 89 | 39 | 33 | 685 | 15,599 |
| Clinton | 7,031 | 13,031 | 1,342 | 628 | 549 | 151 | 87 | 100 | 50 | 1,867 | 24,836 |
| Columbia | 8,178 | 12,134 | 1,305 | 1,469 | 743 | 222 | 86 | 35 | 39 | 804 | 25,015 |
| Cortland | 4,705 | 7,977 | 688 | 582 | 515 | 169 | 58 | 36 | 20 | 526 | 15,276 |
| Delaware | 5,689 | 7,113 | 680 | 484 | 248 | 186 | 51 | 38 | 32 | 779 | 15,300 |
| Dutchess | 25,356 | 45,432 | 3,555 | 3,739 | 1,695 | 961 | 352 | 245 | 112 | 4,092 | 85,539 |
| Erie | 76,656 | 152,183 | 14,568 | 19,163 | 11,175 | 2,500 | 989 | 869 | 454 | 14,230 | 292,787 |
| Essex | 4,844 | 6,387 | 742 | 317 | 237 | 96 | 38 | 49 | 27 | 1,169 | 13,906 |
| Franklin | 3,918 | 6,823 | 634 | 270 | 178 | 99 | 36 | 24 | 20 | 772 | 12,774 |
| Fulton | 5,207 | 7,627 | 817 | 633 | 309 | 79 | 57 | 39 | 28 | 739 | 15,535 |
| Genesee | 7,559 | 7,813 | 867 | 1,420 | 358 | 129 | 67 | 52 | 38 | 967 | 19,270 |
| Greene | 7,108 | 7,311 | 793 | 1,098 | 354 | 150 | 77 | 44 | 32 | 864 | 17,831 |
| Hamilton | 1,285 | 1,056 | 111 | 118 | 50 | 25 | 15 | 4 | 7 | 174 | 2,845 |
| Herkimer | 6,902 | 10,103 | 933 | 709 | 374 | 125 | 74 | 56 | 52 | 1,310 | 20,638 |
| Jefferson | 7,899 | 13,625 | 1,589 | 822 | 434 | 140 | 85 | 71 | 59 | 1,626 | 26,350 |
| Lewis | 2,856 | 3,642 | 324 | 283 | 93 | 37 | 31 | 23 | 9 | 449 | 7,747 |
| Livingston | 7,406 | 9,705 | 921 | 1,042 | 442 | 204 | 113 | 33 | 38 | 854 | 20,758 |
| Madison | 6,533 | 11,731 | 1,287 | 1,163 | 472 | 184 | 92 | 52 | 31 | 871 | 22,396 |
| Monroe | 61,798 | 133,034 | 11,112 | 13,216 | 5,537 | 1,728 | 959 | 439 | 267 | 8,020 | 236,108 |
| Montgomery | 4,329 | 7,562 | 834 | 668 | 303 | 86 | 65 | 40 | 27 | 728 | 14,840 |
| Nassau | 108,175 | 214,660 | 12,001 | 14,392 | 7,791 | 2,296 | 1,007 | 721 | 325 | 17,685 | 379,053 |
| Niagara | 20,736 | 32,183 | 2,869 | 4,324 | 2,425 | 354 | 180 | 168 | 115 | 3,041 | 66,385 |
| Oneida | 22,730 | 38,728 | 3,922 | 2,602 | 2,093 | 410 | 222 | 224 | 106 | 5,508 | 76,545 |
| Onondaga | 38,205 | 92,473 | 7,907 | 7,075 | 4,269 | 1,597 | 472 | 363 | 233 | 5,230 | 157,824 |
| Ontario | 11,438 | 18,011 | 1,529 | 1,769 | 659 | 229 | 152 | 66 | 30 | 1,114 | 34,997 |
| Orange | 26,058 | 51,366 | 3,894 | 3,936 | 1,508 | 695 | 288 | 276 | 128 | 4,823 | 92,974 |
| Orleans | 4,578 | 4,530 | 455 | 753 | 256 | 73 | 62 | 39 | 28 | 604 | 11,378 |
| Oswego | 9,664 | 17,416 | 1,811 | 1,678 | 748 | 335 | 144 | 104 | 57 | 1,495 | 33,452 |
| Otsego | 6,150 | 10,144 | 824 | 531 | 499 | 264 | 88 | 47 | 26 | 861 | 19,434 |
| Putnam | 10,050 | 15,065 | 1,721 | 1,821 | 756 | 359 | 108 | 73 | 54 | 2,342 | 32,349 |
| Rensselaer | 14,389 | 30,318 | 3,953 | 2,818 | 1,699 | 498 | 196 | 128 | 59 | 2,403 | 56,461 |
| Rockland | 24,966 | 44,267 | 3,364 | 3,891 | 1,893 | 650 | 219 | 178 | 112 | 4,109 | 83,649 |
| St. Lawrence | 8,112 | 16,966 | 1,312 | 632 | 609 | 188 | 107 | 90 | 68 | 1,644 | 29,728 |
| Saratoga | 25,897 | 43,680 | 4,703 | 3,369 | 1,853 | 614 | 305 | 124 | 112 | 3,450 | 84,107 |
| Schenectady | 13,363 | 29,375 | 3,297 | 2,476 | 1,277 | 411 | 190 | 118 | 72 | 1,936 | 52,515 |
| Schoharie | 4,556 | 4,816 | 516 | 625 | 197 | 106 | 28 | 35 | 18 | 391 | 11,288 |
| Schuyler | 2,315 | 2,905 | 246 | 199 | 166 | 72 | 18 | 19 | 6 | 473 | 6,419 |
| Seneca | 3,232 | 5,721 | 514 | 391 | 276 | 79 | 47 | 35 | 17 | 414 | 10,726 |
| Steuben | 12,082 | 13,169 | 1,112 | 776 | 513 | 218 | 121 | 52 | 36 | 1,822 | 29,901 |
| Suffolk | 107,699 | 196,370 | 19,335 | 16,872 | 7,748 | 2,908 | 1,066 | 732 | 541 | 14,218 | 387,489 |
| Sullivan | 5,232 | 11,775 | 1,060 | 828 | 370 | 239 | 70 | 60 | 41 | 1,343 | 21,018 |
| Tioga | 6,412 | 7,849 | 605 | 429 | 289 | 131 | 54 | 36 | 21 | 580 | 16,406 |
| Tompkins | 6,833 | 18,226 | 962 | 484 | 2,025 | 537 | 155 | 56 | 46 | 1,291 | 30,415 |
| Ulster | 14,922 | 35,559 | 3,401 | 2,393 | 1,881 | 1,226 | 325 | 196 | 120 | 2,757 | 62,780 |
| Warren | 7,631 | 12,161 | 1,305 | 826 | 457 | 247 | 84 | 69 | 26 | 1,597 | 24,403 |
| Washington | 6,212 | 9,368 | 1,024 | 812 | 432 | 181 | 84 | 45 | 30 | 1,169 | 19,355 |
| Wayne | 9,942 | 12,329 | 1,159 | 1,709 | 504 | 185 | 114 | 57 | 32 | 1,103 | 27,134 |
| Westchester | 66,984 | 161,339 | 10,661 | 8,099 | 5,246 | 2,296 | 867 | 948 | 323 | 17,927 | 274,690 |
| Wyoming | 5,722 | 5,181 | 488 | 937 | 281 | 82 | 48 | 42 | 17 | 711 | 13,509 |
| Yates | 2,822 | 3,793 | 342 | 304 | 148 | 50 | 33 | 14 | 16 | 351 | 7,873 |
| **Total Outside NYC** | 956,191 | 1,802,041 | 153,779 | 147,757 | 80,963 | 27,752 | 11,297 | 8,103 | 4,693 | 155,800 | 3,348,376 |
| Bronx | 13,649 | 135,952 | 4,121 | 2,469 | 6,868 | 912 | 286 | 1,022 | 239 | 20,865 | 186,383 |
| Kings | 34,818 | 250,669 | 9,961 | 5,381 | 26,612 | 4,358 | 834 | 1,601 | 364 | 33,894 | 368,512 |
| New York | 31,864 | 274,989 | 10,990 | 2,574 | 27,408 | 5,954 | 1,397 | 1,438 | 359 | 21,348 | 378,328 |
| Queens | 43,676 | 231,327 | 8,823 | 6,608 | 10,920 | 2,559 | 714 | 975 | 212 | 24,627 | 330,641 |
| Richmond | 25,483 | 45,886 | 2,958 | 3,865 | 2,413 | 631 | 208 | 216 | 52 | 3,915 | 85,627 |
| **Total NYC** | 149,490 | 938,823 | 36,882 | 20,897 | 74,221 | 14,414 | 3,439 | 5,252 | 1,226 | 104,847 | 1,349,491 |
| **STATEWIDE TOTAL** | 1,105,681 | 2,740,864 | 190,661 | 168,654 | 155,184 | 42,166 | 14,736 | 13,355 | 5,919 | 260,647 | 4,697,867 |

### NYS Board of Elections US Senate Election Returns Nov. 7, 2006

| RECAP | 1,392,189 | 1,008,428 | | | | 55,469 | 6,004 | 20,996 | 6,967 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Republican | Democratic | Independence | Conservative | Working Families | Green | Socialist Equality | Libertarian | Socialist Workers | Blk.Void Scattering | Total |
| | John Spencer | Hillary Rodham Clinton | Hillary Rodham Clinton | John Spencer | Hillary Rodham Clinton | Howie Hawkins | William Van Auken | Jeffrey E. Russell | Roger Calero | | |
| Albany | 24,841 | 68,815 | 4,667 | 3,888 | 3,012 | 1,940 | 178 | 618 | 132 | 3,438 | 111,509 |
| Allegany | 6,018 | 5,591 | 488 | 721 | 255 | 122 | 24 | 68 | 23 | 1,028 | 14,338 |
| Broome | 22,332 | 33,307 | 2,033 | 1,959 | 1,508 | 913 | 121 | 332 | 83 | 2,400 | 64,988 |
| Cattaraugus | 8,692 | 10,445 | 847 | 1,339 | 450 | 185 | 37 | 95 | 35 | 1,177 | 23,302 |
| Cayuga | 8,086 | 15,186 | 1,177 | 1,262 | 844 | 298 | 48 | 126 | 36 | 1,645 | 28,708 |
| Chautauqua | 13,922 | 17,754 | 1,739 | 2,249 | 633 | 277 | 82 | 176 | 54 | 1,559 | 38,445 |
| Chemung | 10,062 | 13,798 | 901 | 607 | 480 | 177 | 46 | 71 | 40 | 1,552 | 27,734 |
| Chenango | 5,945 | 7,128 | 578 | 477 | 365 | 272 | 39 | 99 | 19 | 677 | 15,599 |
| Clinton | 7,189 | 12,973 | 1,263 | 713 | 552 | 208 | 66 | 148 | 51 | 1,691 | 24,854 |
| Columbia | 7,301 | 12,427 | 1,174 | 1,276 | 752 | 429 | 36 | 145 | 43 | 1,432 | 25,015 |
| Cortland | 5,148 | 7,516 | 621 | 579 | 485 | 257 | 32 | 75 | 9 | 554 | 15,276 |
| Delaware | 6,159 | 6,573 | 563 | 542 | 240 | 235 | 25 | 82 | 17 | 864 | 15,300 |
| Dutchess | 29,522 | 41,329 | 2,729 | 4,268 | 1,478 | 1,206 | 138 | 505 | 94 | 4,270 | 85,539 |
| Erie | 77,310 | 152,721 | 13,206 | 18,538 | 11,124 | 3,038 | 544 | 1,458 | 465 | 14,894 | 293,298 |
| Essex | 4,857 | 6,152 | 636 | 341 | 219 | 155 | 25 | 69 | 31 | 1,421 | 13,906 |
| Franklin | 3,691 | 6,990 | 583 | 282 | 225 | 108 | 16 | 65 | 16 | 798 | 12,774 |
| Fulton | 5,398 | 7,260 | 698 | 632 | 304 | 132 | 40 | 77 | 14 | 980 | 15,535 |
| Genesee | 7,355 | 8,105 | 777 | 1,345 | 390 | 131 | 27 | 102 | 24 | 1,014 | 19,270 |
| Greene | 6,662 | 7,383 | 716 | 979 | 378 | 208 | 68 | 106 | 28 | 1,303 | 17,831 |
| Hamilton | 1,315 | 948 | 101 | 130 | 48 | 29 | 7 | 20 | 5 | 242 | 2,845 |
| Herkimer | 7,426 | 9,427 | 789 | 751 | 384 | 160 | 54 | 120 | 34 | 1,518 | 20,663 |
| Jefferson | 8,348 | 13,516 | 1,371 | 889 | 497 | 171 | 50 | 101 | 29 | 1,387 | 26,359 |
| Lewis | 2,887 | 3,539 | 280 | 281 | 90 | 64 | 26 | 43 | 11 | 526 | 7,747 |
| Livingston | 8,003 | 9,025 | 683 | 1,100 | 441 | 233 | 33 | 125 | 22 | 1,093 | 20,758 |
| Madison | 7,530 | 10,644 | 1,050 | 1,253 | 434 | 315 | 29 | 120 | 32 | 1,022 | 22,429 |
| Monroe | 69,224 | 127,350 | 8,989 | 13,910 | 5,484 | 1,950 | 283 | 1,128 | 247 | 7,912 | 236,477 |
| Montgomery | 4,451 | 7,335 | 702 | 637 | 298 | 116 | 43 | 66 | 28 | 966 | 14,640 |
| Nassau | 123,762 | 204,321 | 9,371 | 16,013 | 7,418 | 2,591 | 415 | 1,424 | 321 | 14,080 | 379,716 |
| Niagara | 20,358 | 32,786 | 2,628 | 4,179 | 2,438 | 435 | 123 | 236 | 84 | 3,130 | 66,395 |
| Oneida | 25,851 | 36,184 | 3,366 | 3,059 | 2,032 | 582 | 150 | 335 | 100 | 5,086 | 78,545 |
| Onondaga | 43,017 | 87,853 | 6,360 | 7,628 | 3,903 | 3,137 | 222 | 588 | 154 | 5,196 | 158,056 |
| Ontario | 12,942 | 17,371 | 1,219 | 1,805 | 874 | 260 | 45 | 181 | 33 | 1,367 | 34,997 |
| Orange | 31,517 | 46,158 | 2,798 | 4,548 | 1,324 | 916 | 165 | 415 | 104 | 5,029 | 92,874 |
| Orleans | 4,399 | 4,727 | 423 | 720 | 265 | 75 | 23 | 64 | 13 | 669 | 11,378 |
| Oswego | 10,525 | 16,419 | 1,465 | 1,747 | 728 | 485 | 79 | 181 | 31 | 1,804 | 33,464 |
| Otsego | 6,739 | 9,309 | 700 | 640 | 458 | 406 | 58 | 127 | 34 | 965 | 19,434 |
| Putnam | 11,654 | 13,784 | 1,252 | 2,180 | 654 | 390 | 34 | 181 | 52 | 2,168 | 32,349 |
| Rensselaer | 15,783 | 29,065 | 3,326 | 2,988 | 1,595 | 795 | 88 | 328 | 56 | 2,443 | 56,465 |
| Rockland | 25,954 | 43,023 | 2,950 | 4,146 | 1,765 | 746 | 138 | 384 | 109 | 4,434 | 83,649 |
| St. Lawrence | 7,836 | 17,160 | 1,281 | 689 | 644 | 247 | 45 | 141 | 48 | 1,683 | 29,774 |
| Saratoga | 28,669 | 40,097 | 3,585 | 3,482 | 1,803 | 993 | 131 | 495 | 99 | 4,753 | 84,107 |
| Schenectady | 14,430 | 28,148 | 2,750 | 2,550 | 1,233 | 653 | 90 | 288 | 71 | 2,302 | 52,515 |
| Schoharie | 4,327 | 4,950 | 489 | 638 | 170 | 168 | 26 | 65 | 14 | 461 | 11,288 |
| Schuyler | 2,399 | 2,769 | 236 | 218 | 182 | 111 | 14 | 40 | 14 | 436 | 6,419 |
| Seneca | 3,314 | 5,623 | 469 | 433 | 285 | 96 | 20 | 61 | 16 | 415 | 10,732 |
| Steuben | 12,780 | 12,104 | 893 | 822 | 564 | 277 | 40 | 136 | 25 | 2,260 | 29,901 |
| Suffolk | 119,314 | 188,131 | 14,359 | 18,650 | 7,614 | 3,298 | 417 | 1,596 | 412 | 13,776 | 367,567 |
| Sullivan | 6,274 | 10,868 | 856 | 1,035 | 370 | 294 | 47 | 103 | 28 | 1,143 | 21,018 |
| Tioga | 6,975 | 7,254 | 522 | 503 | 249 | 186 | 31 | 73 | 13 | 600 | 16,406 |
| Tompkins | 7,418 | 17,240 | 854 | 528 | 1,719 | 1,271 | 65 | 211 | 68 | 1,041 | 30,415 |
| Ulster | 17,677 | 32,288 | 2,615 | 2,903 | 1,635 | 1,758 | 202 | 383 | 146 | 3,173 | 62,780 |
| Warren | 8,086 | 11,357 | 1,097 | 785 | 476 | 286 | 46 | 101 | 30 | 2,157 | 24,403 |
| Washington | 6,466 | 8,787 | 803 | 750 | 400 | 275 | 48 | 104 | 31 | 1,691 | 19,355 |
| Wayne | 10,343 | 11,798 | 970 | 1,803 | 569 | 258 | 32 | 121 | 22 | 1,218 | 27,134 |
| Westchester | 73,260 | 159,309 | 9,583 | 9,013 | 5,325 | 3,194 | 320 | 1,649 | 338 | 13,393 | 275,384 |
| Wyoming | 5,554 | 5,216 | 498 | 950 | 278 | 95 | 22 | 54 | 16 | 826 | 13,509 |
| Yates | 2,815 | 3,749 | 249 | 310 | 178 | 66 | 12 | 24 | 7 | 463 | 7,873 |
| Total Outside NYC | 1,039,010 | 1,731,085 | 127,308 | 156,619 | 78,318 | 37,675 | 5,263 | 16,229 | 4,109 | 155,525 | 3,351,141 |
| Bronx | 14,656 | 147,929 | 4,590 | 2,430 | 7,273 | 1,007 | 91 | 308 | 288 | 7,811 | 186,383 |
| Kings | 42,424 | 260,053 | 9,341 | 5,871 | 25,231 | 5,576 | 193 | 1,035 | 780 | 18,008 | 368,512 |
| New York | 37,583 | 282,469 | 9,334 | 2,888 | 24,564 | 7,705 | 278 | 2,160 | 1,091 | 10,256 | 378,328 |
| Queens | 50,162 | 235,003 | 8,096 | 7,190 | 11,153 | 2,904 | 143 | 968 | 553 | 14,454 | 330,641 |
| Richmond | 29,067 | 42,392 | 2,036 | 4,289 | 2,238 | 602 | 36 | 296 | 146 | 4,525 | 85,627 |
| Total NYC | 173,892 | 967,846 | 33,397 | 22,668 | 70,474 | 17,794 | 741 | 4,767 | 2,858 | 55,054 | 1,349,491 |
| STATEWIDE TOTAL | 1,212,902 | 2,698,931 | 160,705 | 179,287 | 148,792 | 55,469 | 6,004 | 20,996 | 6,967 | 210,579 | 4,700,632 |

**NYS Board of Elections Comptroller Election Returns Nov. 7, 2006**

| RECAP | 1,612,270 | 2,349,578 | | | | 117,908 | 40,472 | 14,745 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| County | Republican | Democratic | Independence | Conservative | Working Families | Green | Libertarian | Socialist Workers | Blk. Vord | Total |
| | J. Christopher Callaghan | Alan G. Hevesi | Alan G Hevesi | J. Christopher Callaghan | Alan G Hevesi | Julia Willebrand | John J Cain | Willie Cotton | Scattering | |
| Albany | 32,372 | 53,980 | 3,794 | 5,017 | 2,671 | 4,336 | 964 | 248 | 8,127 | 111,509 |
| Allegany | 6,599 | 4,298 | 387 | 807 | 194 | 296 | 132 | 47 | 1,352 | 14,312 |
| Broome | 26,103 | 25,440 | 1,526 | 2,374 | 1,270 | 1,630 | 571 | 182 | 5,892 | 64,988 |
| Cattaraugus | 9,709 | 8,001 | 733 | 1,511 | 383 | 520 | 221 | 73 | 2,132 | 23,283 |
| Cayuga | 10,964 | 9,903 | 761 | 1,614 | 548 | 719 | 282 | 74 | 3,843 | 28,708 |
| Chautauqua | 15,039 | 14,339 | 1,505 | 2,499 | 548 | 726 | 301 | 110 | 3,378 | 38,445 |
| Chemung | 11,393 | 10,422 | 614 | 714 | 366 | 486 | 309 | 66 | 3,344 | 27,714 |
| Chenango | 6,785 | 5,417 | 402 | 528 | 286 | 493 | 184 | 58 | 1,446 | 15,599 |
| Clinton | 9,536 | 8,443 | 728 | 924 | 345 | 511 | 273 | 101 | 3,975 | 24,836 |
| Columbia | 8,504 | 9,944 | 899 | 1,509 | 621 | 913 | 218 | 72 | 2,335 | 25,015 |
| Cortland | 6,126 | 5,584 | 427 | 749 | 359 | 475 | 177 | 49 | 1,350 | 15,276 |
| Delaware | 6,457 | 5,204 | 434 | 577 | 201 | 498 | 163 | 42 | 1,724 | 15,300 |
| Dutchess | 30,615 | 34,890 | 2,417 | 4,358 | 1,349 | 2,506 | 899 | 203 | 8,302 | 85,539 |
| Erie | 97,742 | 113,580 | 10,321 | 23,084 | 8,970 | 7,402 | 2,761 | 877 | 28,050 | 292,787 |
| Essex | 5,835 | 4,037 | 401 | 434 | 155 | 455 | 107 | 39 | 2,443 | 13,906 |
| Franklin | 5,140 | 4,525 | 328 | 432 | 134 | 346 | 141 | 38 | 1,690 | 12,774 |
| Fulton | 8,409 | 5,379 | 545 | 732 | 218 | 425 | 168 | 34 | 1,625 | 15,535 |
| Genesee | 8,727 | 5,484 | 550 | 1,564 | 282 | 445 | 195 | 40 | 1,983 | 19,270 |
| Greene | 7,092 | 6,059 | 597 | 1,094 | 283 | 494 | 174 | 45 | 1,993 | 17,831 |
| Hamilton | 1,397 | 758 | 80 | 138 | 41 | 84 | 19 | 6 | 322 | 2,845 |
| Herkimer | 8,441 | 6,857 | 573 | 898 | 267 | 467 | 238 | 66 | 2,831 | 20,638 |
| Jefferson | 10,536 | 9,049 | 999 | 1,176 | 343 | 733 | 318 | 93 | 3,103 | 26,350 |
| Lewis | 3,301 | 2,568 | 193 | 316 | 64 | 172 | 95 | 33 | 1,005 | 7,747 |
| Livingston | 9,460 | 6,385 | 524 | 1,270 | 287 | 521 | 235 | 59 | 2,017 | 20,758 |
| Madison | 9,530 | 7,110 | 649 | 1,907 | 331 | 693 | 294 | 67 | 2,215 | 22,396 |
| Monroe | 91,747 | 88,530 | 6,072 | 16,595 | 3,978 | 6,538 | 2,241 | 740 | 21,667 | 238,108 |
| Montgomery | 5,258 | 5,487 | 507 | 781 | 216 | 464 | 163 | 41 | 1,723 | 14,640 |
| Nassau | 134,209 | 172,202 | 8,764 | 16,792 | 6,570 | 5,543 | 2,796 | 626 | 31,551 | 379,053 |
| Niagara | 25,202 | 23,380 | 1,926 | 5,059 | 1,933 | 1,322 | 597 | 154 | 6,822 | 66,395 |
| Oneida | 30,239 | 26,174 | 2,481 | 3,714 | 1,530 | 1,631 | 816 | 216 | 9,744 | 76,545 |
| Onondaga | 60,949 | 57,836 | 4,014 | 9,902 | 2,932 | 5,495 | 1,478 | 454 | 14,764 | 157,824 |
| Ontario | 15,299 | 11,414 | 835 | 2,215 | 497 | 950 | 346 | 73 | 3,368 | 34,997 |
| Orange | 33,038 | 38,471 | 2,570 | 4,690 | 1,175 | 1,900 | 817 | 236 | 10,077 | 92,974 |
| Orleans | 5,013 | 3,328 | 294 | 801 | 203 | 244 | 139 | 39 | 1,317 | 11,378 |
| Oswego | 13,010 | 11,282 | 1,016 | 2,176 | 470 | 923 | 416 | 131 | 4,048 | 33,452 |
| Otsego | 7,542 | 7,151 | 530 | 703 | 387 | 782 | 224 | 61 | 2,054 | 19,434 |
| Putnam | 11,892 | 11,240 | 1,217 | 2,166 | 632 | 803 | 322 | 84 | 3,993 | 32,349 |
| Rensselaer | 19,493 | 22,585 | 2,591 | 3,706 | 1,251 | 1,908 | 532 | 119 | 4,276 | 56,461 |
| Rockland | 28,405 | 36,499 | 2,585 | 4,257 | 1,636 | 1,699 | 1,311 | 167 | 9,090 | 83,849 |
| St. Lawrence | 10,133 | 12,145 | 849 | 927 | 451 | 808 | 317 | 112 | 3,986 | 29,728 |
| Saratoga | 37,755 | 28,413 | 2,675 | 4,543 | 1,278 | 2,355 | 709 | 132 | 6,247 | 84,107 |
| Schenectady | 18,246 | 20,696 | 2,122 | 3,173 | 985 | 1,959 | 537 | 127 | 4,690 | 52,515 |
| Schoharie | 4,725 | 3,878 | 411 | 667 | 182 | 406 | 106 | 32 | 881 | 11,288 |
| Schuyler | 2,618 | 2,159 | 199 | 244 | 131 | 165 | 83 | 21 | 799 | 6,419 |
| Seneca | 4,147 | 3,886 | 310 | 510 | 236 | 300 | 120 | 28 | 1,089 | 10,726 |
| Steuben | 14,158 | 8,575 | 626 | 953 | 381 | 603 | 318 | 79 | 4,208 | 29,901 |
| Suffolk | 130,594 | 153,899 | 13,101 | 19,844 | 6,351 | 7,723 | 3,300 | 831 | 31,846 | 367,489 |
| Sullivan | 6,494 | 9,266 | 727 | 1,062 | 323 | 496 | 229 | 64 | 2,357 | 21,018 |
| Tioga | 7,797 | 5,439 | 359 | 549 | 219 | 373 | 135 | 43 | 1,492 | 16,406 |
| Tompkins | 8,783 | 13,129 | 605 | 640 | 1,612 | 1,817 | 383 | 142 | 3,304 | 30,415 |
| Ulster | 19,052 | 27,056 | 2,334 | 3,092 | 1,593 | 2,554 | 661 | 208 | 6,230 | 62,780 |
| Warren | 10,632 | 7,754 | 677 | 1,137 | 312 | 777 | 227 | 56 | 2,831 | 24,403 |
| Washington | 8,013 | 6,338 | 560 | 1,055 | 315 | 607 | 201 | 45 | 2,221 | 19,355 |
| Wayne | 12,657 | 7,876 | 655 | 2,050 | 413 | 672 | 279 | 65 | 2,467 | 27,134 |
| Westchester | 82,302 | 130,699 | 8,129 | 9,432 | 4,614 | 6,006 | 2,401 | 700 | 30,207 | 274,690 |
| Wyoming | 6,157 | 3,975 | 393 | 998 | 233 | 277 | 138 | 31 | 1,307 | 13,509 |
| Yates | 3,476 | 2,503 | 167 | 366 | 118 | 179 | 80 | 17 | 987 | 7,873 |
| **Total Outside NYC** | **1,220,847** | **1,329,181** | **100,688** | **180,625** | **63,653** | **84,625** | **31,861** | **8,596** | **328,300** | **3,348,376** |
| Bronx | 15,584 | 112,761 | 3,009 | 3,057 | 6,088 | 1,874 | 751 | 1,008 | 42,251 | 186,383 |
| Kings | 40,724 | 208,329 | 7,258 | 6,696 | 22,657 | 10,271 | 2,087 | 1,736 | 68,774 | 368,512 |
| New York | 50,856 | 215,178 | 7,238 | 4,305 | 22,413 | 14,526 | 3,561 | 2,109 | 58,142 | 378,328 |
| Queens | 50,957 | 193,545 | 6,815 | 7,718 | 9,501 | 5,445 | 1,689 | 1,079 | 53,892 | 330,641 |
| Richmond | 26,875 | 36,870 | 2,285 | 4,026 | 2,109 | 1,167 | 543 | 217 | 11,535 | 85,627 |
| **Total NYC** | **184,996** | **766,683** | **26,605** | **25,802** | **62,768** | **33,283** | **8,611** | **6,149** | **234,594** | **1,349,491** |
| **STATEWIDE TOTAL** | **1,405,843** | **2,095,864** | **127,293** | **206,427** | **126,421** | **117,908** | **40,472** | **14,745** | **562,894** | **4,697,867** |

NYS Board of Elections Attorney General Election Returns Nov. 7, 2006

| RECAP | 1,692,580 | 2,509,311 | | | | 61,849 | 29,413 | 10,197 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| County | Republican | Democratic | Independence | Conservative | Working Families | Green | Libertarian | Socialist Workers | | |
| | Jeanine Pirro | Andrew M Cuomo | Jeanine Pirro | Jeanine Pirro | Andrew M Cuomo | Rachel Treichler | Christopher B. Garvey | Martin Koppel | Blk Vand Scattering | Total |
| Albany | 27,925 | 63,472 | 4,019 | 3,351 | 3,303 | 2,719 | 961 | 203 | 5,556 | 111,509 |
| Allegany | 6,682 | 4,520 | 435 | 704 | 256 | 207 | 98 | 41 | 1,369 | 14,312 |
| Broome | 24,472 | 30,097 | 1,865 | 1,765 | 1,691 | 836 | 410 | 140 | 3,712 | 64,988 |
| Cattaraugus | 10,061 | 8,258 | 847 | 1,363 | 457 | 280 | 171 | 57 | 1,789 | 23,283 |
| Cayuga | 10,195 | 12,099 | 1,044 | 1,278 | 751 | 380 | 191 | 61 | 2,709 | 28,708 |
| Chautauqua | 15,412 | 15,303 | 1,678 | 2,203 | 686 | 381 | 225 | 107 | 2,450 | 38,445 |
| Chemung | 12,032 | 11,517 | 792 | 573 | 448 | 263 | 139 | 53 | 1,899 | 27,714 |
| Chenango | 6,587 | 6,168 | 518 | 439 | 377 | 312 | 127 | 42 | 1,029 | 15,599 |
| Clinton | 9,458 | 9,508 | 1,124 | 648 | 487 | 317 | 224 | 114 | 2,958 | 24,836 |
| Columbia | 8,174 | 11,149 | 1,005 | 1,230 | 814 | 545 | 191 | 52 | 1,855 | 25,015 |
| Cortland | 5,724 | 6,655 | 492 | 588 | 484 | 279 | 112 | 27 | 915 | 15,276 |
| Delaware | 6,472 | 5,795 | 522 | 479 | 267 | 281 | 111 | 31 | 1,342 | 15,300 |
| Dutchess | 33,330 | 36,430 | 2,956 | 3,951 | 1,623 | 1,394 | 640 | 139 | 5,076 | 85,539 |
| Erie | 87,224 | 134,911 | 12,855 | 17,910 | 11,314 | 4,380 | 2,189 | 742 | 21,282 | 292,787 |
| Essex | 5,865 | 4,617 | 579 | 320 | 222 | 219 | 142 | 37 | 1,905 | 13,906 |
| Franklin | 4,874 | 5,258 | 546 | 255 | 198 | 163 | 100 | 52 | 1,328 | 12,774 |
| Fulton | 6,028 | 6,248 | 535 | 552 | 400 | 220 | 125 | 32 | 1,395 | 15,535 |
| Genesee | 8,757 | 6,397 | 644 | 1,334 | 375 | 195 | 103 | 48 | 1,419 | 19,270 |
| Greene | 7,102 | 6,550 | 647 | 922 | 393 | 311 | 155 | 39 | 1,712 | 17,831 |
| Hamilton | 1,372 | 833 | 83 | 124 | 55 | 39 | 30 | 4 | 305 | 2,845 |
| Herkimer | 8,218 | 8,090 | 658 | 693 | 419 | 286 | 115 | 62 | 2,099 | 20,638 |
| Jefferson | 10,801 | 10,594 | 1,193 | 805 | 500 | 272 | 184 | 69 | 1,941 | 26,350 |
| Lewis | 3,375 | 2,797 | 301 | 248 | 102 | 86 | 75 | 20 | 743 | 7,747 |
| Livingston | 8,463 | 8,265 | 584 | 988 | 458 | 274 | 170 | 39 | 1,517 | 20,758 |
| Madison | 8,584 | 9,111 | 895 | 1,176 | 511 | 356 | 180 | 56 | 1,527 | 22,396 |
| Monroe | 73,553 | 119,842 | 6,618 | 12,905 | 6,230 | 2,413 | 1,397 | 353 | 12,797 | 236,108 |
| Montgomery | 4,791 | 6,665 | 580 | 552 | 387 | 176 | 146 | 52 | 1,311 | 14,640 |
| Nassau | 138,113 | 184,139 | 10,097 | 14,987 | 7,566 | 2,983 | 1,937 | 470 | 18,761 | 379,053 |
| Niagara | 23,640 | 27,154 | 2,575 | 4,061 | 2,381 | 856 | 387 | 159 | 5,182 | 66,395 |
| Oneida | 28,964 | 31,091 | 2,915 | 2,707 | 2,039 | 951 | 592 | 175 | 7,111 | 76,545 |
| Onondaga | 51,472 | 77,120 | 5,495 | 7,240 | 4,350 | 2,515 | 1,041 | 312 | 8,279 | 157,824 |
| Ontario | 13,558 | 15,192 | 980 | 1,738 | 737 | 392 | 244 | 50 | 2,108 | 34,997 |
| Orange | 35,762 | 40,655 | 3,203 | 4,144 | 1,424 | 1,071 | 608 | 163 | 6,004 | 92,974 |
| Orleans | 4,954 | 3,894 | 355 | 672 | 267 | 120 | 94 | 22 | 1,000 | 11,378 |
| Oswego | 12,280 | 13,834 | 1,264 | 1,654 | 723 | 533 | 264 | 84 | 2,816 | 33,452 |
| Otsego | 7,249 | 8,354 | 606 | 570 | 534 | 432 | 163 | 55 | 1,471 | 19,434 |
| Putnam | 13,383 | 12,199 | 1,445 | 1,999 | 749 | 431 | 245 | 52 | 1,846 | 32,349 |
| Rensselaer | 17,386 | 26,755 | 2,481 | 2,704 | 1,815 | 1,087 | 492 | 113 | 3,628 | 56,461 |
| Rockland | 28,408 | 39,548 | 3,240 | 3,776 | 2,005 | 844 | 537 | 114 | 5,177 | 83,649 |
| St. Lawrence | 10,513 | 13,404 | 1,077 | 678 | 618 | 336 | 200 | 76 | 2,826 | 29,728 |
| Saratoga | 31,340 | 37,149 | 2,683 | 3,191 | 1,921 | 1,373 | 693 | 146 | 5,611 | 84,107 |
| Schenectady | 15,323 | 26,246 | 2,253 | 2,227 | 1,479 | 988 | 478 | 98 | 3,423 | 52,515 |
| Schoharie | 4,569 | 4,429 | 441 | 535 | 213 | 203 | 119 | 27 | 752 | 11,288 |
| Schuyler | 2,659 | 2,483 | 206 | 187 | 203 | 122 | 45 | 13 | 521 | 6,419 |
| Seneca | 3,854 | 4,807 | 395 | 379 | 286 | 161 | 88 | 27 | 729 | 10,726 |
| Steuben | 13,779 | 10,571 | 700 | 724 | 581 | 463 | 180 | 64 | 2,839 | 29,901 |
| Suffolk | 138,621 | 163,788 | 14,802 | 17,695 | 7,477 | 3,602 | 2,238 | 593 | 18,693 | 367,489 |
| Sullivan | 7,335 | 9,228 | 942 | 944 | 425 | 292 | 164 | 40 | 1,648 | 21,018 |
| Tioga | 7,520 | 6,434 | 447 | 448 | 305 | 183 | 93 | 28 | 948 | 16,406 |
| Tompkins | 7,641 | 16,449 | 682 | 432 | 2,027 | 825 | 276 | 94 | 1,989 | 30,415 |
| Ulster | 20,573 | 28,820 | 2,671 | 2,630 | 1,860 | 1,569 | 520 | 162 | 3,975 | 62,780 |
| Warren | 10,304 | 8,922 | 936 | 813 | 458 | 415 | 179 | 63 | 2,313 | 24,403 |
| Washington | 7,804 | 7,206 | 697 | 768 | 410 | 317 | 136 | 59 | 1,958 | 19,355 |
| Wayne | 11,270 | 10,413 | 750 | 1,700 | 585 | 333 | 200 | 48 | 1,835 | 27,134 |
| Westchester | 93,335 | 138,291 | 10,437 | 8,479 | 5,436 | 2,921 | 1,971 | 401 | 13,419 | 274,690 |
| Wyoming | 6,401 | 4,070 | 448 | 889 | 274 | 157 | 79 | 41 | 1,150 | 13,509 |
| Yates | 3,204 | 3,147 | 187 | 285 | 157 | 103 | 44 | 19 | 727 | 7,873 |
| Total Outside NYC | 1,186,683 | 1,526,901 | 119,423 | 146,610 | 82,491 | 44,162 | 23,018 | 6,429 | 212,659 | 3,348,376 |
| Bronx | 18,610 | 121,743 | 3,757 | 2,593 | 6,928 | 1,041 | 526 | 540 | 30,639 | 186,383 |
| Kings | 43,558 | 221,950 | 7,347 | 5,667 | 25,223 | 5,741 | 1,477 | 1,034 | 56,515 | 368,512 |
| New York | 41,758 | 247,290 | 8,029 | 2,670 | 24,831 | 7,175 | 2,717 | 1,291 | 42,567 | 378,328 |
| Queens | 55,054 | 202,248 | 7,385 | 6,746 | 10,696 | 3,086 | 1,279 | 740 | 43,407 | 330,641 |
| Richmond | 30,465 | 36,677 | 2,460 | 3,765 | 2,333 | 644 | 396 | 157 | 8,730 | 85,627 |
| Total NYC | 189,445 | 829,908 | 28,978 | 21,441 | 70,011 | 17,687 | 6,395 | 3,768 | 181,858 | 1,349,491 |
| STATEWIDE TOTAL | 1,376,128 | 2,356,809 | 148,401 | 168,051 | 152,502 | 61,849 | 29,413 | 10,197 | 394,517 | 4,697,867 |

EX-6

# NYS Board of Elections – Nov. 7. 2006
## General Election

|      | Socialist Equality | Socialist Workers | Rent Is Too Damn High |
|------|--------------------|-------------------|-----------------------|
| 1)   | S                  | S                 | R                     |
| 2)   | O                  | O                 | E                     |
| 3)   | C                  | C                 | N                     |
| 4)   | I                  | I                 | T                     |
| 5)   | A                  | A                 | I                     |
| 6)   | L                  | L                 | S                     |
| 7)   | I                  | I                 | T                     |
| 8)   | S                  | S                 | O                     |
| 9)   | T                  | T                 | O                     |
| 10)  | E                  | W                 | D                     |
| 11)  | Q                  | O                 | A                     |
| 12)  | U                  | R                 | M                     |
| 13)  | A                  | K                 | N                     |
| 14)  | L                  | E                 | H                     |
| 15)  | I                  | R                 | I                     |
|      |                    |                   |                       |
|      |                    |                   |                       |

# Double Standard

**Then** ➡    Governor
U.S. Senate
Attorney General
Comptroller    ⬅ **To Current**

EX-7

**RENT IS TOO (DAMN) HIGH**
The founder of the bluntly named party, Jimmy McMillan, is its perennial nominee for mayor. Four years ago, the city's Board of Elections allowed the full name of the organization to appear on the ballot. This time, it has expurgated the word "damn," much to Mr. McMillan's dismay.



Rent Is Too High

Jimmy McMillan



*EX-8*

# Rent Is Too Damn High
# On the 2005 Ballot for MAYOR



Rent Is Too Damn High

**H** **RENT**
Is Too Damn High

**Jimmy McMillan**
14    Rent Is Too Damn High

**RENT** ☐

# 2005 VOTER GUIDE

 **2005 Elections**

**CANDIDATES**

Mike Bloomberg [R, I, L]

Fernando Ferrer [D]

Thomas V. Ognibene [C]

Kevin A. Finnegan [WF]*

Seth Blum [EP]

Anthony Gronowicz [G]

Audrey Silk [LBT]

Jimmy McMillan [RTD]

Martin G. Koppel [SW]*

**PARTY KEY**

| | | |
|---|---|---|
| **R** | = | Republican |
| **D** | = | Democrat |
| **I** | = | Independence |
| **C** | = | Conservative |
| **WF** | = | Working Families |
| | | |
| **EP** | = | Education Party |
| **G** | = | Green |
| **L** | = | Liberal |
| **LBT** | = | Libertarian |
| **RTD** | = | Rent Is Too Damn High Party |
| **SW** | = | Socialist Workers Party |

*Please note:* At press time, although the vote count indicated that there was a possibility of a run-off election for the Democratic nomination, Anthony Weiner publicly conceded the primary election to Fernando Ferrer. Therefore, we have not published Mr. Weiner's name or his candidate profile in this Guide. However a run-off...

E+-9



### State of New York
# STATE BOARD OF ELECTIONS

40 STEUBEN STREET
ALBANY, N.Y. 12207
Phone: 518/474-6367   Fax: 518/486-4546

August 23, 2006

**Jimmy McMillan**
1996 Nostrand Avenue
Brooklyn, NY 11210

Dear Mr. McMillan:

Pursuant to Election Law Section 6-134(2), this office has determined that the petition to designate or nominate the listed candidate(s) to the indicated office(s) by the indicated party or independent body is not in compliance with Title 9 of the Official Compilations of Codes, Rules and Regulations of the State of New York, Part 6215 for the following reasons.

| Candidate | Office | Party or Independent Body |
|---|---|---|
| Jimmy McMillan | New York State Governor | Rent Is Too Damn High Party |

| Basis of Non-Compliance | Applicable regulation |
|---|---|
| Failure to Provide Distribution Schedule for Statewide Petitions | 6215.2(a)(2) |

Pursuant to Election Law Section 6-134(2) you have three business days to cure or correct the above mentioned noncompliance.

**Cures must be received no later than 5:00 p.m. on <u>August 28, 2006</u>**

All cures should be directed to the office of Special Counsel. Cures will be accepted by personal delivery, or if applicable, facsimile transmission or mail.

Failure to comply by the date set forth above may result in the invalidation of your petition.

Sincerely,

Todd D. Valentine
Special Counsel

cc:

# CERTIFICATE OF ACCEPTANCE

(Section 6-146, Election Law)

I, _Jimmy McMillan_, residing at
(Candidate's Name)

_1996 Nostrand Ave_
(Address)

having been designated/nominated by the _Rent Is Too Damn High_ Party,
(Name of Party)

as a candidate for the office of _MAYOR_
(Title of Office and Political Subdivision)

_____ district, do hereby ACCEPT such designation/nomination
(District Number if any)

and consent to be such candidate of such party at a _General_
(Special/Primary/General)

election to be held on _November 3_ 2009.

_08-18-09_
(Date)

_(Signature of Candidate)_

STATE OF NEW YORK
COUNTY OF _KINGS_ : ss:

On this _18th_ day of _August_ 2009, before me personally
appeared _Jimmy McMillan_ to me known and known to me to be
the individual described therein, and who executed the foregoing instrument, and acknowledged to me
that he/she executed the same.

_____
Notary Public

STEPHEN KNIGHTS
Notary Public, State of New York
No. 01KN5018640
Qualified in Kings County
Commission Expires _____

# CERTIFICATE OF ACCEPTANCE

## (Section 6-146, Election Law)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I,   **JIMMY McMILLAN**,   residing at <u>**1996 NOSTRAND AVE - BROOKLYN, NEW YORK.**</u>

<u>**11210**</u> having been designated / nominated by the "**<u>RENT Is Too Damn High Party</u>**", as a candidate for the

office of **<u>GOVERNOR</u>**, do hereby ACCEPT such designation / nomination and consent to be such candidate of

such party at a **GENERAL** Election to be held on **NOVEMBER 7, 2006**.



_8-22-06_
_____
(Date)

_Jn R_
_____
(Signature of candidate)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF NEW YORK

COUNTY OF ___Kings___ : SS

On this __22nd__ day of _____AUGUST_____, 20__06__, before me personally

appeared _James E. McMillan_, to me known and known to me to be the individueal described

therein, and who executed the forgoing instrument, and ackknowledged to me that he/she eecuted the same.

KAMAL P. SONI
Notary Public. State Of New York
No.01SO6089949
Qualified In Kings County
Commission Expires March 31, 2007

_____
Notary Public